**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **vs.** | : | |
| | : | **NO. 1:08-CR-330-TCB** |
| **ROGER HAMMOND** | : | |

**GOVERNMENT'S MOTION FOR A DOWNWARD
DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through counsel, David E. Nahmias, United States Attorney, and Kurt R. Erskine, Assistant United States Attorney, and hereby files this motion pursuant to USSG § 5K1.1 for a downward departure based on substantial assistance to the Government, and respectfully shows as follows:

1. Defendant pled guilty to Count One of the Indictment in this case, which charged him with possession of heroin with the intent to distribute. The Defendant will be sentenced by this Court on July 14, 2009. The Defendant now faces a potential sentence of 262 to 327 months in prison.

2. After the Defendant was arrested, he cooperated at the direction of law enforcement, attempting to set up a controlled delivery of heroin. While in custody, the Defendant placed a number of recorded telephone calls in an attempt to arrange

for the sale of the heroin.  Ultimately, through no fault of his own, the investigation was unsuccessful.

    3.  Due to the foregoing, the Government respectfully requests that the Court depart downward pursuant to USSG § 5K1.1.  The Government recommends that the Court reduce the Defendant's sentence by one level.

    WHEREFORE, the Government respectfully makes and files this motion for a downward departure and requests that the Court reduce the Defendant's sentence by one level.

    Respectfully submitted, this 14th day of July, 2009.

DAVID E. NAHMIAS  
UNITED STATES ATTORNEY

/s/KURT R. ERSKINE  
ASSISTANT UNITED STATES ATTORNEY  
400 United States Courthouse  
75 Spring Street, S.W.  
Atlanta, Georgia 30335  
(404) 581-6407  
(404) 581-6171 fax  
Georgia Bar No. 249953

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery as follows:

      William Morrison, Esq.

This 14th day of July, 2009.

                                        _____
                                        /s/KURT R. ERSKINE
                                        ASSISTANT UNITED STATES ATTORNEY